**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Northern District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Salamander Graphix, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **77-0419268** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **453 McQuaide Lane La Selva Beach, CA** ZIP Code **95076** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Santa Cruz** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Salamander Graphix, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Salamander Graphix, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Henry B. Niles, III**
Signature of Attorney for Debtor(s)

**Henry B. Niles, III 87974**
Printed Name of Attorney for Debtor(s)

**Henry B. Niles III**
Firm Name

**340 Soquel Ave.
Suite 105
Santa Cruz, CA 95062**
Address

**831-457-4545  Fax: 831-457-4555**
Telephone Number

**November 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ F. William Brady**
Signature of Authorized Individual

**F. William Brady**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re **Salamander Graphix, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 3, 2010**  
**/s/ F. William Brady**  
**F. William Brady**/**President**  
Signer/Title

Date: **November 3, 2010**  
**/s/ Henry B. Niles, III**  
Signature of Attorney  
**Henry B. Niles, III**  
**Henry B. Niles III**  
**340 Soquel Ave.**  
**Suite 105**  
**Santa Cruz, CA 95062**  
**831-457-4545   Fax: 831-457-4555**

Adam's Law Group Atlanta
34 Old Ivy Road, Suite 150
Atlanta, GA 30342


Advanced Cargo
104 Newbridge Court
Lincoln, CA 95648


Allied Insurance
1100 Locust St.
Des Moines, IA 50391


American Express
PO Box 353773
Phoenix, AZ 85072-3773


Avery Dennison Labels
15178 Collections Center Dr.
Chicago, IL 60693


Blue Shield CA
PO Box 3008
Lodi, CA 95241


Bureau Veritas Hong Kong LTD
1/F Pacific Trade Center
2 Kai Hing Road
Kowloon Bay, Kowloon
Hong Kong


CIT Technologies
10201 Centurion Pkwy North
Suite 100
Jacksonville, FL 32256

CMG Worldwide
10500 Crosspoint Blvd
Indianapolis, IN 46256


Co Power
1600 West Hillsdale Blvd
San Mateo, CA 94402


Comerica Bank- California
Attn: David R. Ferree, V.P.
333 West Santa Clara
San Jose, CA 95113


Creative Document Solutions
1629 Marion- Waldo Road
Marion, OH 43302


Davidson Fohs & Associates
2541 Soquel Ave.
Santa Cruz, CA 95062


Delk Industries
6115 Cockrill Bend Cir.
Nashville, TN 97209


Disney
1201 Flower St.
Glendale, CA 91201


Elvis/EPE
PO Box 16508
Memphis, TN 38186-0508

Far West Marketing, Inc.
10423 SE 23rd Ave
Milwaukie, OR 97222


Fed-Ex Ground
U.S. Collections Department
PO Box 7221
Pasadena, CA 91109-7321


GE Capital
901 Maine Ave
Norwalk, CT 06851-1168


King Features
300 W. 37th St.
New York, NY 10019-5238


Klift
1360 Burton St
Salinas, CA 93901


Kmart / Sears
333 Beverly Rd.
Hoffman Estate, IL 60179


Krammer Sales
529 Echo Lane
Glenview, IL 60025


MHS Liscencing
11100 Wayzata Blvd, Suite 550
Minneapolis, MN 55305

National Judgment Recovery Center
289 Water Street
Santa Cruz, CA 95060


NCO Financial Systems Inc.  (FedEx)
P.O. Box 4946
Trenton, NJ 08650


Pitney Bowes
Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Premier Access Insurance
PO Box 659010
Sacramento, CA 95865-9010


Raymond Handling
41400 Boyce Road
Freemont, CA 94538


RMS (Blue Cross)
77 Hartland St, Suite 401, PO Box 280431
East Hartford, CT 06128-0431


RPM (PG& E)
PO Box 931
Smithville, TN 37166


Shop.com
1 Lower Ragsdale Dr. Bldg 1
Suite 210
Monterey, CA 93940

Slater, Tenaglia, Fitz & Hunt PA
P.O. Box 5476
Mt. Laurel, NJ 08054


Slater, Tenaglia, Fitz & Hunt PA
PO Box 8500
Box #2431
Philadelphia, PA 19178-2431


Suburban Propane (S.V.)
One Suburban Plaza
240 Route 10 West
Whippany, NJ 07981-0206


Target
1000 Nicollet Mall
Minneapolis, MN 55403


Tastemaker
19-1FL., #60. Sec. 2, An Ho Road
TAIPEI


The Coca Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313


Thomas Shanle, Esq.
340 Soquel Avenue, Suite 205
Santa Cruz, CA 95062


Townsend & Townsend
Two Embarcadero Center, Eight Floor
San Francisco, CA 94111-3834

Trans World
PO Box 15630
 Dept 23
Wilmington, DE 19850-5630


Trans World  Systems Inc.
PO Box 1864
Santa Rosa, CA 95402


Transworld Systems Inc
PO Box 12103
Trenton, NJ 08650


U.S. Merchants
8737 Wilshire Blvd.
Beverly Hills, CA 90211


Uline
2200 S. Lakeside Dr
Waukegan, IL 60085


Underwriters Laboratories Inc.
2600 N.W. Lake Rd.
Camas, WA 98607-8542


UPS
P.O Box 650580
Dallas, TX 75265-0580


UPS Freight
PO Box 1216
Richmond, VA 23218-1216

UPS Supply Chain Solutions
12380 Morris Road
Alpharetta, GA 30005



Walmart
702 SW 8th St
Bentonville, AR 72716



XTRA Lease  Inc.
300 Depot Road
Hayward, CA 94545-2718



YRC
PO Box 100129
Pasadena, CA 91189-0129